IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

HEALTHCARE SERVICES GROUP, INC.,  §

            Plaintiff,  §

vs.  §  CIVIL ACTION NO. 3:14-0001-DHB-BKE

LOWER OCONEE COMMUNITY  §
HOSPITAL, INC.,
                  §

            Defendant.

## ANSWER

COMES NOW, Lower Oconee Community Hospital, Inc., defendant in the above case, and answers the plaintiff's complaint as follows:

## FIRST DEFENSE

The defendant admits the allegations contained in paragraph 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27 of the complaint; denies the allegations contained in paragraph 16 of the complaint; and alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 2 and 17 of the complaint.

WHEREFORE, having fully answered the defendant prays that the plaintiff's complaint be dismissed with cost.

This 31st day of January, 2014.

                            SMITH AND JENKINS, P.C.
                            Attorneys at Law

                            By: /s/ Wilson R. Smith
                                Wilson R. Smith
                                Attorney for Defendant
                                GA State Bar No. 665025

P. O. Box 529
Vidalia, GA  30475
(912) 537-4330

CERTIFICATE OF SERVICE

This is to certify that on this day I have electronically filed a true and correct copy

of the within and foregoing **ANSWER** which will send notification and service to:

Mr. Edgar M. Smith
Mr. Kirby Mason
Hunter Maclean Exley & Dunn P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048

Ms. Jodi Daniel Cocke
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola FL 32502

This 31st day of January, 2014.

By____/S/ Wilson R. Smith_____
Wilson R. Smith
Attorney for Defendant
GA Bar No. 665025

P. O. Box 529
Vidalia, GA  30475
(912) 537-4330