IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| HEALTHCARE SERVICES GROUP, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 314-001 |
| LOWER OCONEE COMMUNITY HOSPITAL, INC., | * * * | |
| Defendant. | * | |

O R D E R

On January 3, 2014, Plaintiff filed suit alleging that Defendant breached two contracts providing for certain services at Defendant's hospital. Defendant filed its answer on January 31, 2014, admitting to a majority of the allegations raised in the complaint. (Doc. no. 7.) Defendant denied without explanation paragraph 16 of the complaint, which alleges, "As of the date of filing this complaint, the total outstanding amount due to [Plaintiff] from [Defendant] is $126,343.14."

With Defendant having admitted liability, Plaintiff moved for summary judgment for the amount of damages on March 25, 2014. (Doc. no. 14.) On April 1, 2014, Defendant sought leave to amend its answer to Plaintiff's complaint. (Doc. no. 16.) On May 8, 2014, the Court terminated Plaintiff's motion of summary judgment without prejudice and granted Defendant's

motion for leave to amend its answer. (Doc. no. 21.)

On May 21, 2014, Defendant filed an amended answer to Plaintiff's complaint. (Doc. no. 23.) On April 13, 2015, Plaintiff filed a renewed motion for summary judgment. (Doc. no. 32.) On the same day, the Clerk notified Defendant, through counsel, of Plaintiff's motion for summary judgment and the summary judgment rules, of the right to file affidavits or other materials in opposition, and of the consequences of default. (Doc. no. 33.)

Due to Defendant's counsel's unusual circumstances, the Court is obliged to notify Defendant directly that Plaintiff filed a motion for summary judgment. A response to the motion is due on or before May 7, 2015. Defendant is further notified that a corporation may not proceed pro se or by a representative or agent of the corporation. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).

Accordingly, the Clerk is **DIRECTED** to mail a copy of this Order to Defendant at the following address:

Lower Oconee Community Hospital
Attention: Risk Manager
111 N. Third Street
Glenwood, Georgia 30428

**ORDER ENTERED** at Augusta, Georgia, this 15th day of April, 2015.

/s/ [signature]
UNITED STATES DISTRICT JUDGE

2